IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:16MJ010 |
| v. | : | |
| MERLE JAY LUNSFORD | : | |

**ORDER AUTHORIZING THE UNITED STATES TO PROVIDE
DEFENSE COUNSEL A REDACTED VERSION OF THE
SUPPORTING AFFIDAVIT TO CRIMINAL COMPLAINT**

Upon Motion of the United States and for good cause shown, the United States is hereby authorized to provide counsel for defendant, a redacted version of the Supporting Affidavit to the Criminal Complaint, filed on January 11, 2016 in the above captioned case. Further, the United States would request the Supporting Affidavit to Criminal Complaint remain under seal in its entirety until such time as ordered by the Court.

1/12/16
DATE

SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE

FILED
16 JAN 12 PM 2:2
SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE